| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Paramount Intermodal Systems, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-4970216 |
| 4. | **Debtor's address** | **Principal place of business**<br>**345 N Baldwin Park Drive**<br>**City of Industry, CA 91746**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br>**17103 Witzman Drive**<br>**La Puente, CA 91744**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.paramountintermodal.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Paramount Intermodal Systems, Inc.**_____   Case number (*if known*)_____
     Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☐ No.
   ■ Yes.

   District: **Central District of California**   When: **4/12/24**   Case number: **2:24-bk-12857**
   District: _____   When: _____   Case number: _____

Debtor **Paramount Intermodal Systems, Inc.** _____ Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Paramount Intermodal Systems, Inc.**                                          Case number (*if known*)
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Paramount Intermodal Systems, Inc.**                          Case number (*if known*) _____
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 14, 2025**
             MM / DD / YYYY

X _[signature]_                                              **Carlos Orellana**
Signature of authorized representative of debtor             Printed name

Title  **Director**

**18. Signature of attorney**

X _[signature]_                                              Date  **March 14, 2025**
Signature of attorney for debtor                                   MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**    Email address  **rb@lnbyg.com**

**143364 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Paramount Intermodal Systems, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 14, 2025**       X _/s/ Carlos Orellana_
                                          Signature of individual signing on behalf of debtor

**Carlos Orellana**
Printed name

**Director**
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Paramount Intermodal Systems, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CA FTB<br>PO Box 942840<br>Sacramento, CA 94240-0040 | | 2021, 2022 and 2023 taxes | | | | $437,119.00 |
| Internal Revenue Service (IRS)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 2022 and 2023 taxes | | | | $200,687.00 |
| Sagard Real Estate<br>17772 East 17th Street<br>suite 225<br>Tustin, CA 92780 | Ariya Saenz, Sr Property Manager<br><br>ariya.saenz@sagardrealestate.com<br>949-570-0217 | | Contingent Unliquidated Disputed | | | $112,746.82 |
| BZ 21 LLC<br>6400 Fleet Street<br>Commerce,, CA 90040 | | March 2025 rent | | | | $56,122.06 |
| The Block Logistics, Inc.<br>280 Shuman Boulevard, Ste 116<br>Naperville,, Il 60563-2500 | | Container Transportation Charges | | | | $25,958.00 |
| American Transportation Services<br>1900 West Anaheim Street<br>Long Beach, CA 90813 | | Container Purchases | | | | $21,999.88 |
| Intelligent Telematics<br>28130 Crocker Avenue, Ste 302<br>Valencia,, CA 91355 | | GPS tracking services | | | | $17,860.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Debtor **Paramount Intermodal Systems, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kernan Law Firm** 9663 Santa Monica Blvd, Suite 450 Beverly Hills, CA 90210 | | Legal fees | | | | $16,317.26 |
| **Commercial Used Truck Parts** 1523 East I St Wilmington, CA 90744 | | Balance due on container purchases | | | | $15,000.00 |
| **Martec International Inc** 16518 S Main St Carson, CA 90248 | | Maintenance parts | | | | $8,119.42 |
| **Superior Truck Supply** 660 W 16th St Long Beach, CA 90813 | | U Bolts | | | | $4,426.01 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Ron Bender 143364**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyg.com** | FOR COURT USE ONLY |
|---|---|

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**Paramount Intermodal Systems, Inc.**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 14, 2025**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                                              F 1007-1.MAILING.LIST.VERIFICATION

Paramount Intermodal Systems, Inc.
17103 Witzman Drive
La Puente, CA 91744


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


American Transportation Services
1900 West Anaheim Street
Long Beach, CA 90813


Anglemyer Family Trust
320 S Irwindale Avenue
Azusa, CA 91702


BZ 21 LLC
6400 Fleet Street
Commerce,, CA 90040


CA FTB
PO Box 942840
Sacramento, CA 94240-0040


California Franchise Tax Board
PO Box 942840
Sacramento, CA 94240


Carlos Orellana
17103 Witzman Ave
La Puente, CA 91744

Commercial Used Truck Parts
1523 East I St
Wilmington, CA 90744


Everwest Real Estate Partners, LLC
Attn: General Counsel
1099 18th Street, Suite 2900
Denver, CO 80202


GFP Everwest City of Industry
Attn: Mr. Rick Stone
1099 18th Street Suite 2900
Denver, CO 80802


Intelligent Telematics
28130 Crocker Avenue, Ste 302
Valencia,, CA 91355


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Kernan Law Firm
9663 Santa Monica Blvd, Suite 450
Beverly Hills, CA 90210


Krypton Containers, Inc.
345 N Baldwin Park Dr
City of Industry, CA 91746


Martec International Inc
16518 S Main St
Carson, CA 90248

```
Sagard Real Estate
17772 East 17th Street
suite 225
Tustin, CA 92780


Seacool, Inc.
345 N Baldwin Park Dr
City of Industry, CA 91746


Superior Truck Supply
660 W 16th St
Long Beach, CA 90813


The Block Logistics, Inc.
280 Shuman Boulevard, Ste 116
Naperville,, Il 60563-2500


Trac Intermodal
750 College Road East
Princeton, NJ 08540
```

CORPORATE RESOLUTION
FOR PARAMOUNT INTERMODAL SYSTEMS, INC.
A California Corporation

WHEREAS the board of directors of Paramount Intermodal Systems, Inc., a California corporation (the "Corporation"), after due deliberation, and consideration of the facts involving the following matter, deems it in the best interests of the Corporation to adopt the following resolutions, and hereby resolves as follows:

RESOLUTIONS

RESOLVED, that the Corporation shall file a voluntary petition under chapter 11 of the Bankruptcy Code (subchapter V) on March 14, 2025, or such other date determined by Carlos Orellana ("Agent"), to be in the best interests of the Corporation, its creditors and other parties in interest, after consultation with the Corporation's counsel. Agent is authorized to sign the voluntary bankruptcy petition and all related documents for the Corporation as the authorized representative of the Corporation, and Agent is authorized to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that the Corporation's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Corporation's bankruptcy counsel is approved upon terms that are mutually acceptable to the Corporation and LNBYG. Agent, in his capacity as the authorized representative of the Corporation, is hereby authorized to negotiate the terms of the Corporation's employment of LNBYG and to execute the Corporation's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Corporation, Agent is hereby authorized to cause the Corporation to employ any other professionals to represent or assist the Corporation in connection with the Corporation's chapter 11 bankruptcy case that Agent deems to be in the best interests of the Corporation and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Corporation.

FURTHER RESOLVED, that following the filing of the Corporation's chapter 11 bankruptcy case, Agent, in his capacity as the authorized representative of the Corporation, is hereby authorized on behalf of and in the name of the Corporation to execute and file and to cause counsel to the Corporation to prepare with the assistance of the Corporation as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Corporation's bankruptcy case, and to take any and all action that Agent deems necessary and proper in connection with the Corporation's bankruptcy case without the need for any further approval of the Board of Directors (the "Board") unless

the Board subsequently decides to the contrary. Such actions that Agent has the authority to cause the Corporation to take without any further approval of the Board (unless the Board subsequently decides to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Corporation to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Corporation; selling or liquidating some or substantially all of the Corporation's assets; causing the Corporation to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Corporation to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court. Agent is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Corporation.

FURTHER RESOLVED, that all prior acts and deeds of Agent or the other officers of the Corporation acting in their capacity as an authorized representative of the Corporation, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Corporation.

Dated: March 14, 2025    _____
                         Carlos Orellana
                         Director